```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  PHILIP A. FERRARI
    ELLEN V. ENDRIZZI
 3  Assistant United States Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone (916) 554-2700
 5
 6
 7                   UNITED STATES DISTRICT COURT
 8                  EASTERN DISTRICT OF CALIFORNIA
 9
10  In Re: Application For An Order      )   SW-05-0034 PAN
    Authorizing The Installation And     )
11  Use Of A Pen Register Device, Trap   )   MOTION TO UNSEAL
    And Trace Device, Dialed Number      )   AND ORDER
12  Interceptor, Number Search Device,   )
    And Caller Identification Service,   )
13  And The Disclosure Of Billing,       )
    Subscriber, And Air Time Information )
14                                       )
                                         )
15
```

16 ␣␣␣␣␣The documents filed in the above-referenced case were ordered

17 sealed by this Court until further order.  Those documents related

18 to an investigation that resulted in a first superseding indictment

19 that was returned on July 21, 2005 in case number Cr. S. 05-290 WBS.

20 ␣␣␣␣␣The United States hereby requests that the above-referenced

21 file be unsealed so that its contents may be revealed in discovery

22 in Case No. CR. S. 05-290 WBS.

23 Dated: August 10, 2005                Respectfully submitted,

24
                                         McGREGOR W. SCOTT
25                                       United States Attorney

26
                                   By:   /s/ Phillip A. Ferrari
27                                       PHILIP A. FERRARI
                                         Assistant U.S. Attorney
28

                                     1

1  Upon application of the United States of America and good cause
2 having been shown,
3  IT IS HEREBY ORDERED that the United States' Motion To Unseal
4 the documents filed in this case is GRANTED.
5  Dated:  August 11, 2005.

                                    /s/ Peter A. Nowinski
                                    Peter A. Nowinski
                                    Magistrate Judge